IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAVID SHANKLIN                                                                                       PLAINTIFF

V.                                                                                   NO. 4:13CV00231-DMB-DAS

CORNELIUS TURNER                                                                              DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon due consideration of the file and record of this action, the Court finds that the Report and Recommendations [22] of the United States Magistrate Judge dated July 28, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of the Report and Recommendations; and that no objection thereto has been filed by the parties. The Court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the Court. Accordingly,

IT IS HEREBY ORDERED:

1. That the Report and Recommendations [22] of the United States Magistrate Judge dated July 28, 2014, is hereby approved and adopted, and the proposed findings of fact and conclusions of law therein are adopted as the findings of fact and conclusions of law of the Court.

2. That judgment is entered for Defendant and this action is hereby dismissed without prejudice.

THIS, the 29th day of August, 2014.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**